ACCEPTED
06-15-00031-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/21/2015 5:02:01 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00031-CV

### IN THE
### COURT OF APPEALS FOR THE
### SIXTH SUPREME JUDICIAL DISTRICT OF TEXAS
### AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/21/2015 5:02:01 PM
DEBBIE AUTREY
Clerk

## DOUGLAS B. MOSELEY,

### Appellant,

### vs.

## SHERRIE ARNOLD,

### Appellee.

### Appeal from the 71st District Court
### of Harrison County, Texas
### Honorable Brad Morin

## CERTIFICATE OF COMPLIANCE

COMES NOW Douglas B. Moseley, Appellant in the above-captioned proceeding, and respectfully submits this Certificate of Compliance concerning his Appellant's Brief filed in the above-captioned case on September 11, 2015.

1.     The Appellant's brief complies with the type-volume limitation of Tex. App. P. 9.4(i)(2)(B) because it contains 5,855 words, excluding the parts of the brief exempted by Tex. R. App. P. 9.4(i)(1).

Respectfully submitted,

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske
State Bar No. 16351640
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE GOOLSBY & KATHMAN, P.C.
15305 Dallas Parkway, Suite 300
Addison, Texas 75001
(214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pgkpc.com
Email: mgoolsby@pgkpc.com

**ATTORNEYS FOR THE APPELLANT**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on September 21, 2015, I caused to be served the foregoing pleading upon the counsel listed below via email and also via the Court's electronic transmission facilities.

Deane A. Searle
Searle & Searle, PC
P.O. Box 910
305 West Rusk Street
Marshall, Texas 75671
Email: dsearle54@gmail.com

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske